1  LATHAM & WATKINS LLP
      Peter A. Wald (Bar No. 85705)
2      *peter.wald@lw.com*
   505 Montgomery Street, Suite 2000
3  San Francisco, California 9411-6538
   Telephone  (415) 391-0600
4  Facsimile:  (415) 395-8095

5  LATHAM & WATKINS LLP
      Michele D. Johnson (Bar No. 198298)
6      *michele.johnson@lw.com*
   650 Town Center Drive, 20th Floor
7  Costa Mesa, California 92626-1925
   Telephone:  (714) 540-1235
8  Facsimile:  (714) 755-8290

9  Attorneys for Defendants Deepak Chopra,
   William F. Ballhaus, Jr., David Feinberg,
10 Steven C. Good, Meyer Luskin, and Ajay
   Mehra and Nominal Defendant OSI
11 Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC HAGAN, derivatively on behalf of OSI SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEEPAK CHOPRA, WILLIAM F. BALLHAUS, JR., DAVID FEINBERG, STEVEN C. GOOD, MEYER LUSKIN, and AJAY MEHRA, <br><br> Defendants, <br><br> - and - <br><br> OSI SYSTEMS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 2:14-cv-02910 MWF (VBKx) <br><br> **STIPULATION TO STAY PROCEEDINGS AND TO APPOINT CO-LEAD COUNSEL** |

1  Plaintiff Marc Hagan ("Plaintiff"); Defendants Deepak Chopra, William F. Ballhaus, Jr., David Feinberg, Steven C. Good, Meyer Luskin, and Ajay Mehra (the "Individual Defendants"); and Nominal Defendant OSI Systems, Inc. ("OSI" or the "Company"), by and through their respective undersigned counsel, hereby stipulate as follows.

## STIPULATION

WHEREAS, on December 12, 2013, a putative securities class action, captioned *Roberti v. OSI Systems, Inc., et al.*, No. 13-cv-09174-MWF (VBKx) (the "Securities Class Action"), was filed against OSI, Deepak Chopra and Alan Edrick (the "Class Action Defendants") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 based on purportedly false and misleading statements made by OSI between January 2012 and December 2013 about its products and contracts with the Transportation Security Administration ("TSA") of the U.S. Department of Homeland Security;

WHEREAS, on April 2, 2014, the Court entered a scheduling order in the Securities Class Action providing that the Lead Plaintiff shall file its Amended Complaint no later than May 20, 2014; the Class Action Defendants shall file their motion(s) to dismiss the Amended Complaint no later than July 18, 2014; and the hearing on the motion(s) to dismiss shall be held on November 3, 2014.

WHEREAS, on April 15, 2014, Plaintiff Marc Hagan filed the above-captioned shareholder derivative action (the "*Hagan* Derivative Action"), alleging claims on behalf of the Company against several of the same parties, and based on many of the same events and transactions that are the subject of the Securities Class Action, as set forth more fully in Plaintiff's Notice of Related Case [Dkt. No. 5];

1  WHEREAS, the parties agree that, in light of the substantial overlap between the facts and issues in the *Hagan* Derivative Action and the Securities Class Action, the resolution of the motion(s) to dismiss in the Securities Class Action may impact the manner in which the *Hagan* Derivative Action is prosecuted;

WHEREAS, Defendants further believe that simultaneously litigating the *Hagan* Derivative Action and the Securities Class Action could lead to certain inefficiencies and that judicial resources and the resources of the parties will be better served in this case with the limited, agreed-to stay;

WHEREAS, in light of the foregoing, and to avoid the unnecessary expenditure of judicial resources or effort by the parties and this Court prior to the resolution of the motion(s) to dismiss in the Securities Class Action, the parties to the *Hagan* Derivative Action mutually agree that all proceedings in this action, including motions practice and discovery, should be stayed until such time as Defendants' forthcoming motion(s) to dismiss in the Securities Class Action are resolved;

WHEREAS, the parties further agree that the *Hagan* Derivative Action should be designated the lead derivative action and should govern later-filed, related actions arising out of the same or substantially the same transactions or events as this case, which are filed in, removed to, or transferred to this Court.

WHEREAS, to establish a leadership structure for Plaintiffs and ensure that agreements Defendants reach with plaintiffs are binding on plaintiffs in all related derivative actions, Co-Lead Counsel for plaintiffs for the conduct of this action and any subsequent consolidated actions shall be: Bottini & Bottini, Inc. and The Shuman Law Firm. Defendants take no position on the appointment of Plaintiffs' Co-Lead Counsel.

WHEREAS, the parties agree that for efficiency and to avoid possible duplication, plaintiffs Co-Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedures, trial, settlement and make all work assignments. No motion, request or other pre-trial or trial proceeding shall be initiated or filed by any plaintiff except through plaintiffs' Co-Lead Counsel.

WHEREAS, Defendants' counsel may rely upon all agreements made with either plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel of record, as follows:

1. All proceedings, discovery, and deadlines in the *Hagan* Derivative Action (including deadlines for Defendants to respond to the Complaint) shall be stayed pending the Court's entry of a ruling on the initial motion(s) to dismiss the Securities Class Action.

2. Counsel for the parties shall meet and confer concerning further proceedings in the *Hagan* Derivative Action within ten (10) days of the Court's ruling on the first or initial motions(s) to dismiss the Securities Class Action to discuss proposed next steps for this action.

3. If the Court declines to approve this requested stay of proceedings, counsel for the parties shall meet and confer and, within ten (10) days, shall submit a proposed scheduling order setting forth future dates for Defendants to file their responsive pleadings and a proposed briefing schedule.

4. This stay is without prejudice to the right of any party to either move to lift the stay or seek a further stay of the *Hagan* Derivative Action, or any other relief as may be appropriate and warranted.

5. Bottini & Bottini, Inc. and The Shuman Law Firm are designated as Co-Lead Counsel for Plaintiff.

6. This Order shall apply to each purported shareholder derivative action that arises out of the same or substantially the same transactions or events as the *Hagan* Derivative Action that is subsequently filed in, removed to, or transferred to this Court.

7. When a case that properly should be consolidated with the *Hagan* Derivative Action is hereafter filed in this Court or transferred here from another court, counsel shall promptly call to the attention of the Clerk of the Court the filing or transfer of such case. All such related derivative actions shall be consolidated with this action.

8. Every paper filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE OSI SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | )<br>)<br>)<br>)<br>)<br>)<br>) | Lead Case No. 2:14-cv-02910<br><br>**Derivative Action** |
|---|---|---|

9. The files of the consolidated actions will be maintained in one file under Lead Case No. 2:14-cv-02910.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: May 22, 2014 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By: ___/s/ Peter A. Wald___ |
| 4 | | Peter A. Wald<br>505 Montgomery Street, Suite 2000 |
| 5 | | San Francisco, California 9411-6538<br>Tel: (415) 391-0600<br>Fax: (415) 395-8095 |
| 6 | | |
| 7 | | Michele D. Johnson<br>650 Town Center Drive, 20th Floor |
| 8 | | Costa Mesa, California 92626-1925<br>Tel: (714) 540-1235<br>Fax: (714) 755-8290 |
| 9 | | |
| 10 | | *Attorneys for Individual Defendants &*<br>*Nominal Defendant OSI Systems, Inc.* |
| 11 | | |
| 12 | Dated: May 22, 2014 | BOTTINI & BOTTINI, INC. |
| 13 | | |
| 14 | | By: ___/s/ Francis A. Bottini, Jr.___ |
| 15 | | Francis A. Bottini, Jr.<br>Yury A. Kolesnikov |
| 16 | | 7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California 92037 |
| 17 | | Tel: (858) 914-2001<br>Fax: (858) 914-2002 |
| 18 | | *Attorneys for Plaintiff Marc Hagan* |
| 19 | | |
| 20 | Dated: May 22, 2014 | THE SHUMAN LAW FIRM |
| 21 | | |
| 22 | | By: ___/s/ Kip B. Shuman___ |
| 23 | | Kip B. Shuman<br>885 Arapahoe Avenue |
| 24 | | Boulder, Colorado 80302<br>Tel: (303) 861-3003 |
| 25 | | Fax: (303) 484-4886 |
| 26 | | *Attorneys for Plaintiff Marc Hagan* |
| 27 | | |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

6

CASE NO. 2:14-CV-02910 MWF (VBKx)
STIPULATION TO STAY PROCEEDINGS

**Signature Attestation**

I certify that I obtained concurrence in the filing of this document from all parties whose electronic signatures appear above.

Dated: May 22, 2014        By: */s/ Peter A. Wald*
                                Peter A. Wald