UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC HAGAN, derivatively on behalf of OSI SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEEPAK CHOPRA, WILLIAM F. BALLHAUS, JR., DAVID FEINBERG, STEVEN C. GOOD, MEYER LUSKIN, and AJAY MEHRA, <br><br> Defendants, <br><br> - and - <br><br> OSI SYSTEMS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 2:14-cv-02910 MWF (VBKx) <br><br> **ORDER STAYING PROCEEDINGS** |

**ORDER**

Pursuant to the stipulation dated May 22, 2014 (the "Stipulation") entered into between Plaintiff Marc Hagan and, Defendants Deepak Chopra, William F. Ballhaus, Jr., David Feinberg, Steven C. Good, Meyer Luskin, and Ajay Mehra (collectively, the "Individual Defendants"), and Nominal Defendant OSI Systems, Inc. ("OSI") (OSI and the Individual Defendants are hereinafter collectively referred to as "Defendants"), and for good cause shown:

IT IS HEREBY ORDERED that the Stipulation be GRANTED in part. It is FURTHER ORDERED THAT:

1. All proceedings, discovery, and deadlines in the above-captioned shareholder derivative action (the "*Hagan* Derivative Action") (including deadlines for Defendants to respond to the Complaint) shall be stayed pending the Court's entry of a ruling on the initial motion(s) to dismiss the Securities Class Action.

2. Counsel for the parties shall meet and confer concerning further proceedings in the *Hagan* Derivative Action within ten (10) days of the Court's ruling on the first or initial motions(s) to dismiss the Securities Class Action to discuss proposed next steps for this action.

3. This stay is without prejudice to the right of any party either to move to lift the stay or to seek a further stay of the *Hagan* Derivative Action, or for any other relief as may be appropriate.

4. The request to appoint lead counsel and prospectively consolidate future related actions is **DENIED without prejudice** to the right of any party to move for appointment of lead counsel or consolidation of later-filed related actions.

**IT IS SO ORDERED.**

Dated: May 29, 2014

_____
Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE