BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Yury A. Kolesnikov (SBN 271173)
ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:   (858) 914-2001
Facsimile:     (858) 914-2002

*Counsel for Plaintiff Marc Hagan*

[Additional counsel listed on the signature page.]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MARC HAGAN, derivatively on behalf of OSI SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEEPAK CHOPRA, WILLIAM F. BALLHAUS, JR., DAVID FEINBERG, STEVEN C. GOOD, MEYER LUSKIN, and AJAY MEHRA, <br><br> Defendants, <br><br> - and - <br><br> OSI SYSTEMS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 2:14-cv-02910 MWF (VBKx) <br><br> **Plaintiffs' Notice of Unopposed Motion and Unopposed Motion for Consolidation and Appointment of Leadership Structure** <br><br> Date:        March 2, 2015 <br> Time:        10:00 a.m. <br> Judge:       Hon. Michael W. Fitzgerald <br> Courtroom: 1600, 16th Floor |

[Caption Continued on Following Page]

| | |
|---|---|
| CITY OF IRVING SUPPLEMENTAL BENEFIT PLAN, derivatively on behalf of OSI SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DEEPAK CHOPRA, AJAY MEHRA, WILLIAM F. BALLHAUS, DAVID T. FEINBERG, STEVEN C. GOOD, and MEYER LUSKIN, <br><br> Defendants, <br><br> - and - <br><br> OSI SYSTEMS, INC., <br><br> Nominal Defendant. | Case No. 2:14-cv-09869 MWF (VBKx) |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 42(a), Plaintiffs Marc Hagan ("Hagan") and the City of Irving Supplemental Benefit Plan (the "City of Irving") (collectively, "Plaintiffs") seek consolidation of two related shareholder derivative actions pending before this Court and appointment of a leadership structure.  Plaintiffs will move this Court, before the Honorable Michael W. Fitzgerald, in Courtroom 1600, Sixteenth Floor of the United States District Court, Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California, 90012-4701 on March 2, 2015, at 10:00 a.m., for an order:

- consolidating two related shareholder derivative actions filed on behalf of OSI Systems, Inc.;
- appointing Hagan and the City of Irving as Co-Lead Plaintiffs;
- appointing Bottini & Bottini, Inc., The Shuman Law Firm, and Scott+Scott, Attorneys at Law, LLP as Co-Lead Counsel; and
- granting such other and further relief as the Court deems just and proper.

The motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the Declaration of Yury A. Kolesnikov, together with exhibits, and all other papers and proceedings in this action.

This motion is made following conferences with Anita Wu, Esq., counsel for nominal defendant OSI Systems, Inc. and the Individual Defendants in this action, pursuant to Local Rule 7-3, which took place on January 23, 2015, and January 26, 2015.  Ms. Wu indicated that Defendants do not oppose the relief requested in this motion.

///
///
///
///

| | |
|---|---|
| 1 | Dated:  January 30, 2015 |

Respectfully submitted,

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Yury A. Kolesnikov (SBN 271173)

_____/s/ Francis A. Bottini, Jr._____
Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:   (858) 914-2001
Facsimile:     (858) 914-2002

THE SHUMAN LAW FIRM
Kip B. Shuman (SBN 145842)
Rusty E. Glenn
885 Arapahoe Avenue
Boulder, Colorado  80302
Telephone:   (303) 861-3003
Facsimile:     (303) 484-4886
E-mail:          kip@shumanlawfirm.com
                    rusty@shumanlawfirm.com

*Counsel for Plaintiff Marc Hagan*

Dated:  January 30, 2015

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
Walter W. Noss (SBN 277580)
John T. Jasnoch (SBN 281605)

_____/s/ John T. Jasnoch_____
John T. Jasnoch

4771 Cromwell Avenue
Los Angeles, California  90027
Telephone:   (213) 985-1274
Facsimile:     (213) 985-1278
E-mail:          wnoss@scott-scott.com
                    jjasnoch@scott-scott.com

- 2 -

Judith Scolnick
Thomas Laughlin
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, New York  10174
Telephone:   (212) 223-6444
Facsimile:    (212) 223-6334
E-Mail:        jscolnick@scott-scott.com
                    tlaughlin@scott-scott.com

*Counsel for Plaintiff City of Irving Supplemental Benefit Plan*

Signature Attestation

I certify that I obtained concurrence in the filing of this document from all parties whose electronic signatures appear above.

/s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.