**FILED**
CLERK, U.S. DISTRICT COURT

2/26/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

MARC HAGAN, derivatively on behalf of OSI SYSTEMS, INC.,

Plaintiff,

vs.

DEEPAK CHOPRA, WILLIAM F. BALLHAUS, JR., DAVID FEINBERG, STEVEN C. GOOD, MEYER LUSKIN, and AJAY MEHRA,

Defendants,

- and -

OSI SYSTEMS, INC., a Delaware corporation,

Nominal Defendant.

Case No. 2:14-cv-02910 MWF (VBKx)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEADERSHIP STRUCTURE**

Date: March 2, 2015
Time: 10:00 a.m.
Judge: Hon. Michael W. Fitzgerald
Courtroom: 1600, 16th Floor

[Caption Continued on Following Page]

|  |  |
|---|---|
| CITY OF IRVING SUPPLEMENTAL BENEFIT PLAN, derivatively on behalf of OSI SYSTEMS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>DEEPAK CHOPRA, AJAY MEHRA, WILLIAM F. BALLHAUS, DAVID T. FEINBERG, STEVEN C. GOOD, and MEYER LUSKIN, <br><br>Defendants, <br><br>- and - <br><br>OSI SYSTEMS, INC., <br><br>Nominal Defendant. | Case No. 2:14-cv-09869 MWF (VBKx) |

Presently before the Court is a motion by Plaintiffs Marc Hagan ("Hagan") and the City of Irving Supplemental Benefit Plan (the "City of Irving") to (1) consolidate two related shareholder derivative actions filed on behalf of OSI Systems, Inc.; (2) appoint Hagan and the City of Irving as Co-Lead Plaintiffs; and (3) appoint Bottini & Bottini, Inc., The Shuman Law Firm, and Scott+Scott, Attorneys at Law, LLP as Co-Lead Counsel.  Having considered the papers submitted and having heard argument from counsel, and for GOOD CAUSE shown, the Court rules as follows:

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' motion is granted.

2. The following actions, which involve common questions of law and fact, are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Hagan v. Chopra* | No. 2:14-cv-02910-MWF (VBKx) (C.D. Cal.) | April 15, 2014 |
| *City of Irving Supplemental Benefit Plan v. Chopra* | No. 2:14-cv-09869-MWF (VBKx) (C.D. Cal.) | December 29, 2014 |

3. Every paper filed in the consolidated action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: OSI SYSTEMS, INC. DERIVATIVE LITIGATION ) ) ) | Lead Case No. 2:14-cv-02910-MWF (VBKx) |
| This Document Relates To: ) ) | **Derivative Action** |
| ALL ACTIONS ) | |

1  4. The files of the consolidated action will be maintained in one file under
2 the Lead Case No. 2:14-cv-02910-MWF (VBKx).
3  5. When any shareholder derivative action that properly should be
4 consolidated with *In re OSI Systems, Inc. Derivative Litigation* is filed in this Court,
5 removed to this Court, or transferred here from another court ("Related Shareholder
6 Derivative Action"), Co-Lead Counsel (as defined herein) shall, upon notice of the
7 existence of such action, promptly notify the Court of the filing, removal, or transfer
8 of such action by filing a Notice of Related Case in both the consolidated action and
9 the Related Shareholder Derivative Action. Co-Lead Counsel shall promptly serve a
10 copy of the entered version of this [Proposed] Order upon counsel of record for the
11 plaintiff(s) in the Related Shareholder Derivative Action and any defendants in such
12 action that have not previously been named in the consolidated action.
13  6. Upon receipt of the above-mentioned notice, the Court shall determine
14 whether such Related Shareholder Derivative Actions shall be consolidated with *In re*
15 *OSI Systems, Inc. Derivative Litigation*.
16  7. The Court finds that the consolidated actions will benefit from the
17 appointment of co-lead plaintiffs and co-lead counsel. The Court hereby appoints
18 Hagan and the City of Irving as Co-Lead Plaintiffs. The law firms of Bottini &
19 Bottini, Inc., The Shuman Law Firm, and Scott+Scott, Attorneys at Law, LLP are
20 hereby approved as Co-Lead Counsel in the consolidated actions because the firms
21 have extensive experience in litigating shareholder derivative cases such as this and
22 have the resources necessary to litigate a case of this nature. Co-Lead Counsel shall
23 provide general supervision of the activities of plaintiffs' counsel and shall have the
24 following responsibilities and duties to perform or delegate as appropriate:
25   a. to brief and argue motions;
26   b. to initiate and conduct discovery, including, without limitation,
27 coordination of discovery with defendants' counsel, preparation of written
28 interrogatories, requests for admission, and requests for production of documents;

1      c.  to direct and coordinate the examination of witnesses in depositions;

2      d.  to act as spokesperson at pretrial conferences;

3      e.  to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

4      f.  to initiate and conduct any settlement negotiations with counsel for defendants;

5      g.  to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

6      h.  to consult and employ experts;

7      i.  to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

8      j.  to perform such other duties as may be expressly authorized by further order of this Court.

8.  Any agreement reached between counsel for defendants and Plaintiffs' Co-Lead Counsel shall be binding on any other counsel for any plaintiff in the consolidation actions and on plaintiffs.

9.  The Court previously stayed all the proceedings in the first-filed *Hagan* action pending the Court's entry of a ruling on the initial motion(s) to dismiss in *Roberti v. OSI Systems, Inc.*, No. 13-cv-09174-MWF (VBKx).  A similar stay shall continue in the consolidated actions.

10.  Accordingly, all proceedings, discovery, and deadlines in the consolidated actions (including deadlines for Defendants to respond to the complaints) shall be stayed pending the Court's entry of a ruling on the initial motion(s) to dismiss in the *Roberti* action.

1   11. Counsel for defendants and Plaintiffs' Co-Lead Counsel shall meet and
2 confer concerning further proceedings in the consolidated action within ten (10) days
3 of the Court's ruling on the initial motion(s) to dismiss in the *Roberti* action to discuss
4 proposed next steps for the consolidated action.

5   12. This stay is without prejudice to the right of any party either to move to
6 lift the stay or to seek a further stay of this consolidated action, or for any other relief
7 as may be appropriate.

8   **IT IS SO ORDERED.**

9
10 Dated: ___February 26___, 2015         _____
11                                        Honorable Michael W. Fitzgerald
                                          UNITED STATES DISTRICT JUDGE