UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-2910-MWF(MRWx)**                              Dated: **January 23, 2017**

Title:    In Re OSI Systems, Inc., Derivative Litigation

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Nichole Forrest |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

John T. Jasnoch                                         James H. Moon
Kip B. Shuman
Peter G. Safirstein - Telephonic

**PROCEEDINGS:   MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT [90]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. Court submit on the tentative ruling. The hearing for the final approval is set for May 1, 2017 at 10:00 a.m. An order will issue.

IT IS SO ORDERED.