UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-2910-MWF(MRWx)**                                  Dated: **May 1, 2017**

Title:   In Re OSI Systems, Inc., Derivative Litigation

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Lisa Gonzalez |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Albert Y. Chang                                              James H. Moon

**PROCEEDINGS:**       **MOTION FOR FINAL APPROVAL OF SETTLEMENT [94]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The hearing is held. The Court hears from counsel. An order will issue.

IT IS SO ORDERED.